| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature: Michael Lake]* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Michael Lake<br>C. Date of Delivery: 12/9/05 |

1. Article Addressed to:

    Lonnel Dickey
    A465840
    Lebanon Correctional I[nstitution]
    P.O. Box 56
    Lebanon, OH 45036

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 8389 0576

*08-819 SSB*
*#13*

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540